United States District Court
Southern District of Texas
**ENTERED**
March 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, L.L.C.,<br>　　Plaintiff, | §<br>§<br>§<br>§ |
| v. | § §　Civil Action No. 1:16-CV-74<br>§ |
| ANNABELLE HERNANDEZ, individually, and d/b/a G SPOT LOUNGE<br>　　Defendant. | §<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 22) in the above-referenced cause of action. No objections were filed by either party. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**.

Accordingly, "Plaintiff's Motion for Final Default Judgment" (Docket No. 12) is **GRANTED**, and judgment shall be entered, pursuant to Federal Rule of Civil Procedure 55(b)(2), in favor of Plaintiff, G&G Closed Circuit Events, L.L.C. against Defendant, Annabelle Hernandez, for the following:

(1) $10,000.00 in statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II);

(2) $50,000.00 in punitive damages pursuant to 47 U.S.C. § 603(e)(3)(C)(ii); and

(3) $1,000.00 in attorneys' fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

All writs and process for the enforcement and collection of this judgment may issue as necessary. The Clerk of Court is ORDERED to close this case

Signed on this \_\_\_14th\_\_\_ day of \_\_\_March\_\_\_, 2017.

_____
Rolando Olvera
United States District Judge